United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Maria Munoz, Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 15-22428-Civ-Scola |
| Milanezza, LLC, and others, ) | |
| Defendants ) | |

### Order Approving FLSA Settlement And Dismissing Action

The parties to this FLSA action have asked the Court to approve of their settlement agreement and to dismiss the case. (Motion for Settlement, ECF No. 21.) Having reviewed the record, the relevant legal authorities and the settlement agreement, the Court finds the settlement agreement fair and reasonable.

The Court **approves** the parties' settlement agreement and **dismisses** this action with prejudice. The Court reserves jurisdiction through December 15, 2015 to enforce the parties' settlement agreement.

**Done and ordered**, at Miami, Florida, on November 18, 2015.

_____
Robert N. Scola, Jr.
United States District Judge